UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

————————————————————— X
                                             :
MONICA A. CHARLES,                           :
                                             :   Civil Action No:
                  Plaintiff,                 :
                                             :
         - against -                         :
                                             :   <u>JURY TRIAL DEMAND</u>
DISTRICT OF COLUMBIA                          :
DEPARTMENT OF YOUTH                           :   COMPLAINT
REHABILITATIION SERVICES,                     :
                                             :
                  Defendants.                :
————————————————————— X   —————————————————————

        COMES NOW, Plaintiff Monica A. Charles and brings this action against Defendant

District of Columbia Department of Youth Rehabilitation Services for discrimination based on

race (Black), Age (over the age of 40 years), National Origin (Trinidadian) and retaliation

because Plaintiff Monica A. Charles filed a charge of discrimination against Defendants District

of Columbia Department of Youth Rehabilitation Services because Defendant District of

Columbia Department of Youth Rehabilitation Services engaged in various unlawful

employment actions against Plaintiff Monica A. Charles designed to discriminate against her,

and to intimidate, harass and place her in fear for her life.

        1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337 and

1343.  This action is authorized and instituted pursuant to Section 706 (f)(1) and (3) of Title VII

of the Civil Rights Act of 1964, as amended, (Title VII), 42 U.S.C. §§ 2000e-5(f)(1) and (3),

Section 704 (a) of Title VII, 42 U.S.C. §2000e-3(a), and pursuant to Section 102 of the Civil

Rights Act of 1991, 42 U.S.C. § 1981a.

        2.      Plaintiff Monica A. Charles is a Black Female, a resident of the United States of

America, and a former employee of Defendant District of Columbia Department of Youth

Rehabilitation Services, who currently resides in Bowie, Maryland.

3.      Defendant District of Columbia Department of Youth Rehabilitation Services is a

cabinet-level agency of the District of Columbia's Juvenile Justice System for juvenile detention

and juvenile placements that provides court-involved youths the opportunity to become more

productive citizens at which Plaintiff Monica A. Charles was formerly employed.

4.      Defendant District of Columbia Department of Youth Rehabilitation Services has

continuously had more than fifteen (15) employees.

5.      Defendant District of Columbia Department of Youth Rehabilitation Services, at

all relevant times, has continuously been an employer engaged in an industry affecting

commerce under Section 701 (g) and (h) of Title VII, 42 U.S.C. §§ 2000e (g) and (h).

6.      Defendant District of Columbia Department of Youth Rehabilitation Services, at

all relevant times, has been a covered entity under Section 701 (g) and (h) of Title VII, 42 U.S.C.

§§ 2000e (g) and (h).

7.      Plaintiff Monica A. Charles Vivian Hopkins and Defendant District of Columbia

Department of Youth Rehabilitation Services are subject to the jurisdiction of this court in this

matter.

8.      Plaintiff Monica A. Charles, more than thirty (30) days prior to the institution of

this lawsuit, filed a charge of discrimination with the Equal Employment Opportunity

Commission (EEOC) alleging violations of Title VII.  The EEOC issued Plaintiff Monica A.

Charles a notice of right to file a lawsuit in the United States District Court.  All conditions

precedent to the institution of this lawsuit have been fulfilled.

9.      Plaintiff Monica A. Charles filed a charge of discrimination against Defendant

District of Columbia Department of Youth Rehabilitation Services in 2013 and Defendant

2

District of Columbia Department of Youth Rehabilitation Services was served with that charge of discrimination and had actual knowledge of Plaintiff Monica A. Charles' charge of discrimination.

10.     Plaintiff Monica A. Charles alleged in EEOC Charge No. 570-2013-01850 that Defendant District of Columbia Department of Youth Rehabilitation Services discriminated against her based on her race (Black), Age (over the age of 40 years), National Origin (Trinidadian) and retaliation because she opposed discriminatory employment practices of designating certain positions for individuals who were from of India.  Plaintiff Monica A. Charles was issued a Notice of Right to Sue and instituted this lawsuit.

11.     Plaintiff Monica A. Charles was employed as a Program Support Assistant at Defendant District of Columbia Department of Youth Rehabilitation Services.  Plaintiff Monica A. Charles' supervisor was Seema Taenja who notified Plaintiff Monica A. Charles first in January 2011 and again in February 2011, that she would approved Plaintiff Monica A. Charles being made a permanent employee.  In March 2012, after Seema Taenja, a female from India, had not followed through on her promise and made Plaintiff Monica A. Charles a permanent employee, Plaintiff Monica A. Charles decided to submit an application with Defendant District of Columbia Department of Youth Rehabilitation Services' Department of Human Resources for the permanent position.  Seema Taenja after having met with Defendant District of Columbia Department of Youth Rehabilitation regarding Plaintiff Monica A. Charles' request to be made permanent refused to even discuss Plaintiff Monica A. Charles' request to be made permanent again.  Plaintiff Monica A. Charles believes that Defendant District of Columbia Department of Youth Rehabilitation Services' refusal to consider for a permanent position was based on her race (Back), age (over the age of 40 years), National Origin (Trinidadian) and retaliation because Plaintiff Monica A. Charles objected to the hiring of individuals who were form India.

3

12.     Plaintiff Monica A. Charles worked as a Program Support Assistant for four years and was qualified for the position of Program Support Assistant in the procurement department that was announced on April 13, 2012.  Plaintiff Monica W. Charles notified her supervisor, Seema Taneja, of her desire to apply for a Program Support Position. Seema Taneja on hearing that Plaintiff Monica A. Charles was interested in the position attempted to discourage Plaintiff Monica A. Charles from applying for the position by alleging that she was looking for an applicant who had database experience.  The person, however,  who was eventually hired for the Program Support Position did not have the database experience that Seem Taneja stated that she was look for in the selected employee.  The selected employee was, however, from India, was not black and did not possess the overall qualifying experience that Plaintiff Monica A. Charles possessed. The selectee was the wife of the Information Technology Manager.  Therefore, Plaintiff Monica A. Charles believes that she was discriminated against based on her race (black), and National Origin (Trinidadian).

13.     Plaintiff Monica A. Charles believes that Defendant District of Columbia Department of Youth Rehabilitation Services already had planned to hire Vasantha Somola, an applicant from India under the age of 40 years, and the wife of Information Technology Manager Krishna Sairi, also from India.  This selectee had only worked in Defendant District of Columbia Department of Youth Rehabilitation Services' medical department for six months before she was promoted to a position in the procurement department to a higher grade level. Plaintiff Monica A. Charles objected to and opposed this discrimination because she believes that she was denied the position because on her race (Black), age (over the age of 40 years) and National Origin (Trinidadian).  Defendant District of Columbia Department of Youth Rehabilitation Services decided to just ignore Plaintiff Monica A. Charles' objection and opposition and took no action to correct the discrimination,

4

14.     Plaintiff Monica A. Charles after noticing that the selectee with less qualifying experience than Plaintiff Monica A. Charles possessed was hired, Plaintiff Monica A. Charles then  to requested that a desk audit be performed on her position through Defendant District of Columbia Department of Youth Rehabilitation Services' Human Resources Department. Plaintiff Monica A. Charles then requested Ms. Regina Youngblood, a management official, on August 19, 2012, at Defendant District of Columbia Department of Youth Rehabilitation for a desk audit because she had been performing at a higher grade level and should have been compensated.  On August 20, 2012, Regina Youngblood directed Seema Tenaja, who refused to conduct the desk audit. Plaintiff Monica A. Charles believes that Defendant District of Columbia Department of Youth Rehabilitation Services refused to conduct the desk audit because of her race (Black), age (over the age of 40 years), National Origin (Trinidadian) and because she opposed Defendant District of Columbia Department of Youth Rehabilitation Services' unlawful employment practices.

15.     Plaintiff Monica A. Charles was required to provide training to Vedanta Somoza, the applicant from India under the age of 40 years and the wife of Information Technology Manager Krishna Sairi, also from India, whom Defendant District of Columbia Department of Youth Rehabilitation Services selected and hired for the Program Support Position that Plaintiff Monica A. Charles was told that she did not have the experience and qualifications for the position.  Defendant District of Columbia Department of Youth Rehabilitation Services' contention that Plaintiff Monica A. Charles did not possess the qualifications and experience for the Program Support Position was a subterfuge and pretext designed to continue its discrimination against Plaintiff Monica A. Charles because of her race, age and National Origin. This subterfuge and pretext is revealed because Plaintiff Monica A. Charles was directed to provide training to the very applicant that was selected for the Program Support for which

5

Defendant District of Columbia Department of Youth Rehabilitation failed and refused to hire Plaintiff Monica A. Charles.

16.    Plaintiff Monica A. Charles believes based information provided to her that Defendant District of Columbia Department of Youth Rehabilitation Services has an age animus against individuals over the age of 40 years and a race animus against Black or African American individuals.  For example, Defendant District of Columbia Department of Youth Rehabilitation Services has terminated the following former Black and African American employees who are over the age of 40 years: (a) Samuel Murray; (b) Johnny Guy; (c) Michael Gamboa; (d) Leon Graves; (e) Linda Duncan; and (f) Charlotte Richardson.  Defendant District of Columbia Department of Youth Rehabilitation Services has also used a subterfuge and pretext to terminate these individuals the same as it devised the pretext and subterfuge to terminate Plaintiff Monica A. Charles.  Plaintiff Monica A. Charles believes, based on the termination of these former employees, the refusal to consider her for the positions for which she was seeking to apply and the refusal to conduct a desk audit on her position, that her termination was likewise based on her race (Black), age (over the age of 40 years), National Origin (Trinidadian) and retaliation because she opposed Defendant District of Columbia Department of Youth Rehabilitation Services' unlawful employment practices.

17.    Plaintiff Monica A. Charles has experienced stress related illnesses as a result of the race, age and National Origin discrimination and retaliation she has experience.  These stress related illness caused Plaintiff Monica A. Charles' eyes to swell for which she had to make frequent doctor visits to alleviate the stress and pain.

18.    Therefore, Plaintiff Monica A. Charles is seeking to recover back pay, the loss of her current and future income and payment for the pain and suffering she has experienced from the hostile work environment.  Plaintiff Monica A. Charles is also seeking her attorney's fees

and costs for having to bring this lawsuit and to address the discriminatory employment practices at Defendant District of Columbia Department of Youth Rehabilitation Services, including Retaliation and the hostile work environment she had to endure.

WHEREFORE, Plaintiff Monica A. Charles prays that this Court:

(a)   Award Plaintiff Monica A. Charles Judgment against Defendant District of Columbia Department of Youth Rehabilitation Services based on race, age, National Origin, hostile work environment and retaliation in the amount of $400,000;

(b)   Award Plaintiff Monica A. Charles the back pay that she lost because of

Defendant District of Columbia Department of Youth Rehabilitation Services' discrimination against her when it terminated her;

(c)   Award Plaintiff Monica A. Charles damages because of Defendant District of Columbia Department Youth Rehabilitation Services' retaliation against her;

(d)   Award Plaintiff Monica A. Charles reinstatement and injunctive relief against Defendant District of Columbia Department of Youth Rehabilitation Services for the hostile work environment and retaliation;

(e)   Award Plaintiff Monica A. Charles her costs of this action and a reasonable attorney's fee;

(f)   Award Plaintiff Monica A. Charles such other and further relief as this Court may deem proper, just and necessary to make Plaintiff Monica A. Charles whole and to prevent Defendant District of Columbia Department of Youth Rehabilitation Services from further violations of Title VII.

<u>JURY TRIAL DEMAND</u>

Plaintiff Monica A. Charles Demands a Jury Trial on all questions of facts raised by this

complaint.

## AFFIDAVIT

I hereby swear and affirm that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 16th Day of February, 2015

_/s/ Monica A. Charles_____
Plaintiff Monica A. Charles

Dated this 16th Day of February, 2015

Respectfully submitted,

LAW OFFICES OF JOHNNIE LOUIS
JOHNSON III LLC,

By: _/s/ Johnnie Louis Johnson III_____
Johnnie Louis Johnson III (DC Bar No. 235614)
Attorney for Plaintiff Monica A. Charles
11644 Mediterranean Court
Second Level
Reston, Virginia  20190-3401
703.471.0848 (Voice)
704.471.0478 (Facsimile)
jljmed@aol.com (Electronic Mail)
johnnie@jljohnson3law.com (Electronic Mail)

vh (vh –against - lesb) -01/05/2015